UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.  CV 19-01840-AB (PJWx)

Chom Ye Chon

           Plaintiff,

v.

Buchweiss Inc. et al

           Defendants.

ORDER DISMISSING CIVIL ACTION

       THE COURT having been advised by counsel that the above-entitled action has been settled;

       IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  July 17, 2019

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE